UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SINGLETON**                                                    CIVIL ACTION

**VERSUS**                                                       NO: 09-1631

**ROBERT TANNER, WARDEN, RCC**                                   SECTION "J" (1)


**O R D E R**

   The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 10), and Plaintiff's **Objections to the Findings and Recommendations** (Rec. Doc. 11), hereby approves the Report and Recommendation (Rec. Doc. 10) of the United States Magistrate Judge and adopts it as its opinion herein. Plaintiff has failed to show that the Administrative Law Judge's final decision was unsupported by substantial evidence or that the refusal to admit cumulative lay testimony prejudiced plaintiff's claim.


   Accordingly;


   **IT IS ORDERED** that petitioner's **Objections** (Rec. Doc. 11) should be and are hereby **OVERRULED**; and that the plaintiff's

complaint is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 16th day of July, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE